UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NICKOLAS SMITH, individually and on be-
half of all others similarly situated,

        Plaintiff,

    v.

KALSHI INC., et al.,

        Defendants.

Case No. 1:26-cv-12413

Judge F. Dennis Saylor, IV

## DEFENDANT ROBINHOOD DERIVATIVES, LLC's RESPONSE TO THE KALSHI AND SUSQUEHANNA DEFENDANTS' MOTION TO SEVER AND TRANSFER

Robinhood Derivatives LLC ("Robinhood") submits this response to the motion to sever and transfer (ECF 54) filed by Defendants Kalshi Inc., KalshiEX LLC, Kalshi Klear LLC, Kalshi Klear Inc., and Kalshi Trading LLC, Susquehanna International Group, LLP, and Susquehanna Government Products, LLLP (together, the "Moving Defendants"). Robinhood agrees with the Moving Defendants that, if the Court is inclined to grant the motion to transfer, and if the Court has not by that time granted Robinhood's pending (and fully briefed) motion to compel arbitration, the Court should sever the claims against Robinhood and transfer only the claims against the Moving Defendants. As the Moving Defendants correctly explain in their motion, "Robinhood's alleged role is … peripheral, downstream, and readily separable" from that of the Moving Defendants with respect to the event contract transactions at issue here. ECF 54 at 2. Robinhood's voluntary arbitration agreement is also distinct from the arbitration agreement that the Moving Defendants will seek to enforce. Moreover, Robinhood is not a party to any of the consolidated cases in the Southern District of New York to which the Moving Defendants seek a transfer. The claims against Robinhood therefore should be severed before any transfer is granted.

July 28, 2026

Respectfully submitted.

*/s/ Craig Waksler*
Craig Waksler (BBO No. 566087)
Nicholas J. Schneider (BBO No. 688498)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
2 International Place #1600
Boston, MA 02110
Phone:  (617) 342-6890
Fax:  (617) 342-6899
CWaksler@eckertseamans.com
NSchneider@eckertseamans.com

Eugene Scalia*
Jonathan C. Bond*
Nick Harper*
GIBSON, DUNN & CRUTCHER LLP
1700 M St., N.W.
Washington, D.C.  20036
Phone:  (202) 955-8500
Fax:  (202) 530-9603
EScalia@gibsondunn.com
JBond@gibsondunn.com
NHarper@gibsondunn.com

*Admitted pro hac vice*

*Counsel for Defendant Robinhood Derivatives, LLC*

2

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 28, 2026 2026, I filed this document through the ECF system and that notice will be electronically sent to all registered participants identified on the Notice of Electronic Filing and that paper copies will be sent via First-Class Mail to all non-registered participants.

/s/ Craig Waksler
Craig Waksler